CLOSED

# U.S. District Court
# Eastern District of Virginia − (Alexandria)
# CRIMINAL DOCKET FOR CASE #: <u>1:19−cr−00062−TSE</u>−1

Case title: USA v. Lee

Date Filed: 02/27/2019
Date Terminated: 10/04/2019

Assigned to: District Judge T. S. Ellis, III

### **Defendant (1)**

**Sau Hoong Lee**
*TERMINATED: 10/04/2019*
*also known as*
Siew Cheah
*TERMINATED: 10/04/2019*
*also known as*
Karlyn Cheah
*TERMINATED: 10/04/2019*
*also known as*
Teresa Li
*TERMINATED: 10/04/2019*
*also known as*
Claudia Lee
*TERMINATED: 10/04/2019*
*also known as*
Cindy Lin
*TERMINATED: 10/04/2019*
*also known as*
Cindy Tran
*TERMINATED: 10/04/2019*

represented by **Billy Hicks**
5429 Backlick Road
Suite 110
Springfield, VA 22151
(703) 354−4000
Fax: 703−354−4298
Email: billhickslaw@gmail.com
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

**Jessica Nicole Carmichael**
Carmichael Ellis & Brock
108 N Alfred St
1st Floor
Alexandria, VA 22314
703−684−7908
Fax: 703−649−6360
Email: jessica@carmichaellegal.com
*ATTORNEY TO BE NOTICED*

### **Pending Counts**

18:1028(a)(4) Identity Document
Fraud Against the United States
(5s)

18:1028(a)(4) Aggravated
Identity Theft
(6s)

### **Disposition**

51 months w/3 year SR Term; $50,000 fine
imposed; $200 SA

51 months w/3 year SR Term; $50,000 fine
imposed; $200 SA

### **Highest Offense Level**
### **(Opening)**

Felony

### **Terminated Counts**

### **Disposition**

| | |
|---|---|
| 18:1028(a)(7) Identity Document Fraud<br>(1) | Dismissed per filing of the Superseding Indictment |
| 18:1028(a)(7) Identify Document Fraud<br>(1s) | Dismissed on gov't motion −10/04/19 |
| 18:1028(a)(7) Identity Document Fraud<br>(2) | Dismissed per filing of the Superseding Indictment |
| 18:1028(a)(7) Identify Document Fraud<br>(2s) | Dismissed on gov't motion −10/04/19 |
| 18:1028(a)(7) Identity Document Fraud<br>(3) | Dismissed per filing of the Superseding Indictment |
| 18:1028(a)(7) Identify Document Fraud<br>(3s) | Dismissed on gov't motion −10/04/19 |
| 18:1028(a)(7) Identify Document Fraud<br>(4) | Dismissed per filing of the Superseding Indictment |
| 18:1028(a)(7) Identify Document Fraud<br>(4s) | Dismissed on gov't motion −10/04/19 |
| 18:1028(a)(4) Identity Documents Fraud Against the United States<br>(5) | Dismissed per filing of the Superseding Indictment |
| 18:1028A Aggravated Identity Theft<br>(6) | Dismissed per filing of the Superseding Indictment |

**Highest Offense Level
(Terminated)**

Felony

**Complaints**                              **Disposition**

None

**Plaintiff**

**USA**                              represented by  **Gordon D. Kromberg**
United States Attorney's Office
2100 Jamieson Ave
Alexandria, VA 22314
(703)299−3700

Email: gordon.kromberg@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: US Attorney*

**Joseph Attias**
United States Attorney Office
(Richmond−NA)
SunTrust Building
919 East Main Street
Suite 1900
Richmond, VA 23219
**NA**
804−819−5400
Email: joseph.attias2@usdoj.gov
*ATTORNEY TO BE NOTICED*

**Kathryn D. DeMarco**
US Attorney's Office (Alexandria)
2100 Jamieson Avenue
Alexandria, VA 22314
NA
703−299−3700
Email: kathryn.demarco@usdoj.gov
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Page | Docket Text |
|---|---|---|---|
| 02/27/2019 | 1 | | SEALED INDICTMENT as to Sau Hoong Lee (1) count(s) 1−4, 5, 6. (dest, ) (Entered: 02/27/2019) |
| 02/27/2019 | 4 | | Redacted Criminal Case Cover Sheet (dest, ) (Entered: 02/27/2019) |
| 02/27/2019 | 5 | | MOTION to Seal by USA as to Sau Hoong Lee. (dest, ) (Entered: 02/27/2019) |
| 02/27/2019 | 6 | | ORDER granting 5 Motion to Seal **until the defendant is arrested** as to Sau Hoong Lee (1). Signed by District Judge T. S. Ellis, III on 2/27/2019. (dest, ) (Entered: 02/27/2019) |
| 02/27/2019 | 7 | | Arrest Warrant Issued in case as to Sau Hoong Lee. (dest, ) (Entered: 02/27/2019) |
| 03/27/2019 | 8 | | SUPERSEDING INDICTMENT as to Sau Hoong Lee (1) count(s) 1s−4s, 5s, 6s. (lcre, ) (Entered: 03/27/2019) |
| 03/27/2019 | 10 | | MOTION to Seal Superseding Indictment by USA as to Sau Hoong Lee. (lcre, ) (Entered: 03/27/2019) |
| 03/27/2019 | 11 | | ORDER granting **until the defendant is arrested** 10 Motion to Seal as to Sau Hoong Lee (1). Signed by Magistrate Judge Ivan D. Davis on 3/27/2019. (lcre, ) (Entered: 03/27/2019) |
| 03/27/2019 | 13 | | Redacted Criminal Case Cover Sheet (lcre, ) (Entered: 03/27/2019) |
| 03/27/2019 | 14 | | |

|  |  |  | Arrest Warrant Issued in case as to Sau Hoong Lee. (lcre, ) (Entered: 03/27/2019) |
|---|---|---|---|
| 03/27/2019 |  |  | DISMISSAL OF COUNTS per filing of the Superseding Indictment as to Sau Hoong Lee. (lcre, ) (Entered: 03/27/2019) |
| 05/02/2019 | 15 |  | CJA 23 Financial Affidavit by Sau Hoong Lee (kbar, ) (Entered: 05/02/2019) |
| 05/02/2019 | 16 |  | Rule 5(c)(3) Documents Received as to Sau Hoong Lee (kbar, ) (Entered: 05/02/2019) |
| 05/02/2019 |  |  | Arrest of Sau Hoong Lee in Central District of California. (kbar, ) (Entered: 05/02/2019) |
| 05/02/2019 |  |  | Case unsealed defendant arrested as to Sau Hoong Lee. (kbar, ) (Entered: 05/02/2019) |
| 05/02/2019 | 17 |  | Arrest Warrant Returned Executed on 4/29/2019 in case as to Sau Hoong Lee. (lcre, ) (Entered: 05/02/2019) |
| 05/02/2019 | 18 |  | NOTICE OF ATTORNEY APPEARANCE Joseph Attias appearing for USA. (Attias, Joseph) (Entered: 05/02/2019) |
| 05/21/2019 | 19 |  | Minute Entry for proceedings held before Magistrate Judge John F. Anderson:Initial Appearance as to Sau Hoong Lee held on 5/21/2019. US appeared through: Jordy Hur. Deft appeared without counsel (Duty AFPD − Ken Troccoli present). Deft informed of rights, charges, and penalties. Deft will retain counsel (B. Hicks). Gov't is seeking detention − GRANTED pending DH. Detention Hearing set for 5/23/2019 at 02:00 PM in Alexandria Courtroom 501 before Magistrate Judge John F. Anderson. Deft remanded. (Tape #FTR.)(wgar, ) (Entered: 05/21/2019) |
| 05/21/2019 | 20 |  | Temporary Detention Order as to Sau Hoong Lee. Signed by Magistrate Judge John F. Anderson on 05/21/2019. (wgar, ) (Entered: 05/21/2019) |
| 05/22/2019 | 21 |  | NOTICE OF ATTORNEY APPEARANCE: Billy Hicks appearing for Sau Hoong Lee (Hicks, Billy) (Entered: 05/22/2019) |
| 05/23/2019 | 22 |  | ORDER as to Sau Hoong Lee. Upon the defendant's request by and through counsel, B. R. Hicks, and with agreement from the Attorney for the United States, and for good cause shown, it is ORDERED that the detention hearing currently set for May 23, 2019, be continued to Wednesday, May 29, 2019, at 2:00 p.m. Signed by Magistrate Judge John F. Anderson on 05/23/2019. (wgar, ) (Entered: 05/23/2019) |
| 05/23/2019 |  |  | Reset Hearings as to Sau Hoong Lee: Detention Hearing reset for 5/29/2019 at 02:00 PM in Alexandria Courtroom 400 before Magistrate Judge Michael S. Nachmanoff. (wgar, ) (Entered: 05/23/2019) |
| 05/24/2019 |  |  | Set/Reset Hearings as to Sau Hoong Lee: **Arraignment set for 5/30/2019 at 01:45 PM** in Alexandria Courtroom 900 before District Judge T. S. Ellis III. (tran) (Entered: 05/24/2019) |
| 05/29/2019 |  |  | Terminate Deadlines and Hearings as to Sau Hoong Lee: Detention Hearing set for 5/29/2019 at 02:00 PM terminated per MSN chambers. (cmar, ) (Entered: 05/29/2019) |

| 05/29/2019 | 23 | | WAIVER of Presence at Motions Hearing by Sau Hoong Lee (Hicks, Billy) (Entered: 05/29/2019) |
|---|---|---|---|
| 05/30/2019 | 24 | | Minute Entry for proceedings held before District Judge T. S. Ellis, III: Arraignment as to Sau Hoong Lee (1) Count 1s−4s,5s,6s held on 5/30/2019. USA appeared through Gordon Kromberg and Joseph Attias. Defendant appeared with counsel, Billy Hicks.<br>Defendant WFA, PNG, and demands trial by court. Defendant waived right to jury trial. Government advised fewer than 10 witnesses. **Bench Trial set for 7/16/2019 at 09:00 AM (3 Days)** in Alexandria Courtroom 900 before District Judge T. S. Ellis III.<br>Discovery Order entered in open court.<br>Defendant remanded.<br>Court Reporter: T. Harris<br>(tran) (Entered: 05/30/2019) |
| 05/30/2019 | 25 | | Agreed Discovery Order as to Sau Hoong Lee. Signed by District Judge T. S. Ellis, III on 05/30/2019. (tran) (Entered: 05/30/2019) |
| 05/30/2019 | 26 | | Sealed Document (dest, ) (Entered: 06/05/2019) |
| 06/07/2019 | 27 | | Blank Subpoenas issued for hearing on 07/16/2019. (jlan) (Entered: 06/07/2019) |
| 06/19/2019 | 28 | | Blank Subpoenas issued for hearing on 07/16/2019. (jlan) (Entered: 06/19/2019) |
| 06/19/2019 | 29 | | Blank Subpoenas issued for 7/16/2019. (dest, ) (Entered: 06/20/2019) |
| 06/21/2019 | | | Set/Reset Hearings as to Sau Hoong Lee: **Plea Agreement Hearing set for 7/12/2019 at 02:00 PM** in Alexandria Courtroom 900 before District Judge T. S. Ellis III. (tran) (Entered: 06/21/2019) |
| 06/21/2019 | 30 | | Memorandum by USA as to Sau Hoong Lee (Attias, Joseph) (Entered: 06/21/2019) |
| 06/25/2019 | 31 | | Consent MOTION to Continue *Trial* by USA as to Sau Hoong Lee. (Attachments: # 1 Proposed Order)(Attias, Joseph) (Entered: 06/25/2019) |
| 06/25/2019 | 32 | | Notice of Hearing Date set for June 28, 2019 re 31 Consent MOTION to Continue *Trial* by USA (Attias, Joseph) (Entered: 06/25/2019) |
| 06/26/2019 | | | Set Deadlines re Motion or Report and Recommendation in case as to Sau Hoong Lee 31 Consent MOTION to Continue *Trial*. Motion Hearing set for 6/28/2019 at 09:00 AM in Alexandria Courtroom 900 before District Judge T. S. Ellis III. (clar, ) (Entered: 06/26/2019) |
| 06/26/2019 | | | Per TSE chambers motions set for 6/28/19 on the pleadings (clar, ) (Entered: 06/26/2019) |
| 06/26/2019 | | | Deadlines terminated − Per TSE chambers motions set for 6/28/19 on the pleadings (clar, ) (Entered: 06/26/2019) |
| 06/26/2019 | 33 | | **ORDERED** that the government's motion to continue trial 31 is **DENIED**. Signed by District Judge T. S. Ellis, III on 06/26/19. (tran) (Entered: 06/26/2019) |
| 06/26/2019 | | | Set/Reset Hearings as to Sau Hoong Lee: **Plea Agreement Hearing RESET for 6/27/2019 at 04:00 PM** in Alexandria Courtroom 900 before District Judge T. |

| | | | |
|---|---|---|---|
| | | | S. Ellis III. (tran) (Entered: 06/26/2019) |
| 06/27/2019 | 34 | | Minute Entry for proceedings held before District Judge T. S. Ellis, III: Change of Plea Hearing as to Sau Hoong Lee held on 6/27/2019. USA appeared through Gordon Kromberg and FBI Special Agent, Myles Starr. Defendant appeared with counsel, Billy Hicks. Defendant withdrew not guilty plea and entered a guilty plea as to Count 5 and 6 of the Superseding Indictment. Plea accepted. Defendant referred to PO for preparation of PSR and **Sentencing set for 10/4/2019 at 09:00 AM** in Alexandria Courtroom 900 before District Judge T. S. Ellis III. Government's oral motion dismissing the remaining counts −GRANTED. Government to submit the order. Defendant remanded. Court Reporter: T. Harris (tran) (Entered: 06/27/2019) |
| 06/27/2019 | 35 | | MOTION to Dismiss *Counts 1, 2, 3, and 4* by USA as to Sau Hoong Lee. (Attachments: # 1 Proposed Order of Dismissal)(Kromberg, Gordon) (Entered: 06/27/2019) |
| 06/27/2019 | 36 | | PLEA AGREEMENT as to Sau Hoong Lee (tran) (Entered: 07/01/2019) |
| 06/27/2019 | 37 | | STATEMENT OF FACTS as to Sau Hoong Lee (tran) (Entered: 07/01/2019) |
| 07/10/2019 | 38 | | MOTION to Withdraw Document 30 Memorandum by USA as to Sau Hoong Lee. (Attachments: # 1 Proposed Order)(Attias, Joseph) (Entered: 07/10/2019) |
| 07/10/2019 | 39 | | ORDER granting 38 Motion to Withdraw Document as to Sau Hoong Lee (1). Signed by District Judge T. S. Ellis, III on 7/10/2019. (see Order for details) (dest, ) (Entered: 07/10/2019) |
| 09/06/2019 | 40 | | PRESENTENCE INVESTIGATION REPORT (Disclosed Presentence Investigation Report) (SEALED − government and defense counsel) as to Sau Hoong Lee. Objections to PSI due 09/23/2019. (lazaroff, nadja) (Entered: 09/06/2019) |
| 09/25/2019 | 41 | | PRESENTENCE INVESTIGATION REPORT (Sentencing Presentence Investigation Report) (SEALED − government and defense counsel) as to Sau Hoong Lee. (Attachments: # 1 Letter DF178)(lazaroff, nadja) (Entered: 09/25/2019) |
| 09/26/2019 | 43 | | Memorandum by Sau Hoong Lee *Defendant's Sentencing Memorandum* (Attachments: # 1 Letter (7 letters in support), # 2 Letter from Ms. Lee)(Hicks, Billy) (Entered: 09/26/2019) |
| 09/27/2019 | 44 | | Position on Sentencing by USA as to Sau Hoong Lee (Attias, Joseph) (Entered: 09/27/2019) |
| 09/30/2019 | 45 | | MOTION to Seal by USA as to Sau Hoong Lee. (Attachments: # 1 Supplement Non−confidentail Memo accompanying Motion for an Order to Seal, # 2 Proposed Order)(Kromberg, Gordon) (Entered: 09/30/2019) |
| 09/30/2019 | 46 | | NOTICE *of Filing of Statements of Individuals Asserting Status as Victims* by USA as to Sau Hoong Lee (Attachments: # 1 Exhibit Statement of Alan Perez, # 2 Exhibit Statement of James Rhee)(Kromberg, Gordon) (Entered: 09/30/2019) |

| 09/30/2019 | 47 | | NOTICE *of Second Filing of a Statement of an Individual Asserting Status as a Victim* by USA as to Sau Hoong Lee (Attachments: # 1 Exhibit Letter of Vince Taylor)(Kromberg, Gordon) (Entered: 09/30/2019) |
|---|---|---|---|
| 09/30/2019 | 48 | | NOTICE *OF FILING OF DOCUMENTS REFERENCED IN GOVERNMENT'S POSITION PAPER REGARDING SENTENCING* by USA as to Sau Hoong Lee re 44 Position on Sentencing (Attachments: # 1 Exhibit Documents regarding EIGC Oil and Gas Nigeria, Ltd, # 2 Exhibit Business card of Cindy Lin, "E&I Global Consultants (BVI)", # 3 Exhibit VCC Records for EIGC Live Sports, # 4 Exhibit VCC Records for EIGC Sports Pavilion, Inc., # 5 Exhibit Banking, tax, corporate, and financial records for EIGC Oil and Gas West (USA), # 6 Exhibit Documents regarding EIGC Holdings Pte Ltd, # 7 Exhibit Selections of chats from 2014 reflecting business operations)(Kromberg, Gordon) (Entered: 09/30/2019) |
| 09/30/2019 | 50 | | Sealed Notice and Attachments (Attachments: # 1 Attachment− A, # 2 Attachment− B, # 3 Attachment− C) (dest ) (Entered: 10/01/2019) |
| 10/01/2019 | 49 | | Sealed Order as to Sau Hoong Lee. Signed by District Judge T. S. Ellis, III on 10/01/2019. (tran) (Entered: 10/01/2019) |
| 10/01/2019 | 51 | | RESPONSE by Sau Hoong Lee *to the Position of the United States with Respect to Sentencing* (Attachments: # 1 Exhibit A − Abstract of Judgment, # 2 Exhibit B − Abstract of Judgment, # 3 Exhibit C − Abstract of Judgment, # 4 Exhibit D − Notification of Detainer, # 5 Exhibit E − Notification of Detainer)(Hicks, Billy) (Entered: 10/01/2019) |
| 10/01/2019 | 52 | | Reply by USA as to Sau Hoong Lee re 51 Response, *to the Position of the United States with Respect to Sentencing Factors* (Attachments: # 1 Exhibit Declaration of FBI Special Agent Starr, # 2 Exhibit Transcript of Hearings in Immigration Court (excerpts), # 3 Exhibit Immigration Application (excerpts))(Kromberg, Gordon) (Entered: 10/01/2019) |
| 10/01/2019 | 53 | | NOTICE *OF OF THIRD FILING OF A STATEMENT OF AN INDIVIDUAL ASSERTING STATUS AS A VICTIM* by USA as to Sau Hoong Lee (Attachments: # 1 Exhibit Letter of Keith Houston)(Kromberg, Gordon) (Entered: 10/01/2019) |
| 10/02/2019 | 54 | | Objection by Sau Hoong Lee *to Government's Filing of Written Statements* (Hicks, Billy) (Entered: 10/02/2019) |
| 10/02/2019 | 55 | | REPLY TO RESPONSE to USA as to Sau Hoong Lee re 51 Response, *TO POSITION OF THE UNITED STATES ON SENTENCING* (Attachments: # 1 Exhibit Criminal complaint issued against the defendant in Beverly Hills, California on January 25, 2012, # 2 Exhibit Criminal complaint issued against the defendant in Monterey Park, California on May 15, 2013)(Kromberg, Gordon) (Entered: 10/02/2019) |
| 10/03/2019 | 56 | | RESPONSE by USA as to Sau Hoong Lee *SUPPLEMENT TO REPLY TO DEFENSES POSITION ON SENTENCING* (Attachments: # 1 Exhibit Affidavit of FBI SA Starr, # 2 Exhibit Transcript of Testimony of FBI SA Starr)(Kromberg, Gordon) (Entered: 10/03/2019) |
| 10/04/2019 | 57 | | NOTICE *of Filing of Exhibits Received from the Government of Malaysia* by USA as to Sau Hoong Lee (Attachments: # 1 Exhibit Public Records from the |

| | | |
|---|---|---|
| | | Government of Malaysia re: Sau Hoong Lee and Siew Im Cheah, # 2 Exhibit Records from the Government of Malaysia re: Statement of Sau Hoong Lee)(Kromberg, Gordon) (Entered: 10/04/2019) |
| 10/04/2019 | 58 | NOTICE *Corrected Notice of Filing of Exhibits Received from the Government of Malaysia* by USA as to Sau Hoong Lee re 57 Notice (Other), (Attachments: # 1 Exhibit Records Received from the Government of Malaysia re: Sau Hoong Lee and Siew Im Cheah, # 2 Exhibit Records Received from the Government of Malaysia re: Statement of Sau Hoong Lee)(Kromberg, Gordon) (Entered: 10/04/2019) |
| 10/04/2019 | 59 | Minute Entry for proceedings held before District Judge T. S. Ellis, III: Sentencing held on 10/4/2019 for Sau Hoong Lee (1). USA appeared through Gordon Kromberg and Special FBI Agent Myles Starr. Defendant appeared with counsel, Billy Hicks. Court adopts the PSR. Defense objects to 4 level increase for relocating −Court overrules objection on the basis that the defendant had violated and had outstanding warrants in California. Government submitted Exhibit 15 and 16 to the Court. COURT sentences defendant to 27 months on Count 5 to run consecutive to Count 6; 2 year mandatory on Count 6 w/3 year SR Term w/special conditions (3 year on Count 1 and 1 year on Count 6 to run concurrently with each other); $50,000 fine imposed; $200 SA ($100 on each of Counts 5 & 6). Defendant remanded. Court Reporter: P. Kaneshiro−Miller (tran) (Entered: 10/04/2019) |
| 10/04/2019 | 60 | ORDERED, ADJUDGED AND DECREED THAT Counts 1, 2, 3, and 4 of the Superseding Indictment are dismissed without prejudice. Signed by District Judge T. S. Ellis, III on 10/04/2019. (tran) (Entered: 10/07/2019) |
| 10/04/2019 | 62 | JUDGMENT as to Sau Hoong Lee (1), BOP: 51 months w/3 year SR Term; $50,000 fine imposed; $200 SA. Signed by District Judge T. S. Ellis, III on 10/04/2019. (tran) (Entered: 10/08/2019) |
| 10/04/2019 | 63 | Confidential Information Page re: Judgment as to Sau Hoong Lee. (tran) (Entered: 10/08/2019) |
| 10/07/2019 | 61 | RESPONSE by Sau Hoong Lee *Motion to Recommend Prison Assignment* (Hicks, Billy) (Entered: 10/07/2019) |
| 10/09/2019 | 64 | PRESENTENCE INVESTIGATION REPORT (Final Presentence Investigation Report) (SEALED − government and defense counsel) as to Sau Hoong Lee. (lazaroff, nadja) (Entered: 10/09/2019) |
| 10/31/2019 | 65 | TRANSCRIPT of Proceedings held on October 4, 2019, before Judge T.S. Ellis. Court reporter/transcriber Patricia Kaneshiro−Miller, Telephone number 703 299−2100. **NOTICE RE REDACTION OF TRANSCRIPTS:The parties have thirty(30) calendar days to file with the Court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript will be made remotely electronically available to the public without redaction after 90 calendar days. The policy is located on our website at www.vaed.uscourts.gov Transcript may be viewed at the court public terminal or purchased through the court reporter/transcriber before the deadline for Release of Transcript Restriction. After that date it may be** |

| | | | |
|---|---|---|---|
| | | | obtained through PACER Redaction Request due 12/2/2019. Redacted Transcript Deadline set for 12/31/2019. Release of Transcript Restriction set for 1/29/2020.(Kaneshiro−Miller, Patricia) (Entered: 10/31/2019) |
| 05/27/2020 | 66 | | NOTICE OF ATTORNEY APPEARANCE: Jessica Nicole Carmichael appearing for Sau Hoong Lee *as local counsel* (Carmichael, Jessica) (Entered: 05/27/2020) |
| 05/27/2020 | 67 | | Motion to appear Pro Hac Vice by Peter Leininger and Zi Wei Hu and Certification of Local Counsel Jessica Carmichael *and to Waive Admission Fee* by Sau Hoong Lee. (Attachments: # 1 Proposed Order, # 2 Proposed Order)(Carmichael, Jessica) (Entered: 05/27/2020) |
| 05/29/2020 | 68 | | ORDER granting 67 Motion for Pro hac vice for Zi Wei Hu as to Sau Hoong Lee (1). Signed by District Judge T. S. Ellis, III on 5/29/2020. (dest, ) (Entered: 05/29/2020) |
| 05/29/2020 | 69 | | ORDER granting 67 Motion for Pro hac vice for Peter Leininger as to Sau Hoong Lee (1). Signed by District Judge T. S. Ellis, III on 5/29/2020. (dest, ) (Entered: 05/29/2020) |
| 12/29/2020 | 70 | | Emergency MOTION for Compassionate Release by Sau Hoong Lee. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F)(Carmichael, Jessica) (Entered: 12/29/2020) |
| 12/29/2020 | 71 | | ORDER as to Sau Hoong Lee re 70 Emergency MOTION for Compassionate Release as to Sau Hoong Lee. It is hereby **ORDERED** that the government is **DIRECTED** to file a response brief on or before **Friday January, 15 2021 at 5:00 p.m.** It is further **ORDERED** that defendant may file a reply in support of his motion on or before **Friday, January 25, 2021**. Signed by District Judge T. S. Ellis, III on 12/29/2020. (dest, ) (Entered: 12/30/2020) |
| 01/04/2021 | 72 | | NOTICE OF ATTORNEY APPEARANCE Kathryn D. DeMarco appearing for USA. (DeMarco, Kathryn) (Entered: 01/04/2021) |
| 01/04/2021 | 73 | | WITHDRAWAL of Motion by Sau Hoong Lee re 70 Emergency MOTION for Compassionate Release filed by Sau Hoong Lee (Carmichael, Jessica) (Entered: 01/04/2021) |
| 01/08/2021 | 74 | | RESPONSE by USA as to Sau Hoong Lee re 70 Emergency MOTION for Compassionate Release (DeMarco, Kathryn) (Entered: 01/08/2021) |
| 04/05/2023 | 75 | | Probation Jurisdiction Transferred to United States District Court for the Central District of California as to Sau Hoong Lee Transmitted Transfer of Jurisdiction form, with certified copies of indictment, judgment and docket sheet. (nlop) (Entered: 04/05/2023) |



IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | No. 1:19 cr 62 |
| | ) | |
| v. | ) | |
| | ) | Counts 1-4: 18 U.S.C. § 1028(a)(7) |
| SAU HOONG LEE, | ) | Identity Document Fraud |
| | ) | |
| also known as | ) | Count 5: 18 U.S.C. § 1028(a)(4) |
| | ) | Identity Document Fraud |
| Siew Cheah, | ) | Against the United States |
| Karlyn Cheah, | ) | |
| Teresa Li, | ) | Count 6: 18 U.S.C. § 1028A |
| Claudia Lee, | ) | Aggravated Identity Theft |
| Qin Pan, | ) | |
| Sri Yulieantiningsih, | ) | **UNDER SEAL** |
| Cindy Lin, and | ) | |
| Cindy Tran, | ) | |
| | ) | |
| Defendant. | ) | |

SUPERSEDING INDICTMENT

March 2019 Term - At Alexandria

THE GRAND JURY CHARGES THAT:

COUNTS 1 - 4

Fraud in Connection with Identification Documents

On or about the dates and in the locations listed below, in the Eastern District of Virginia,

the defendant, SAU HOONG LEE, also known as Siew Cheah, Karlyn Cheah, Teresa Li,

Claudia Lee, Qin Pan, Sri Yulieantiningsih, Cindy Tran, and Cindy Lin, knowingly and

unlawfully used without lawful authority a means of identification of another person in or

affecting interstate or foreign commerce, in connection with any unlawful activity that

constitutes a felony under any applicable state or local law.  In specific, when stopped by police

while driving vehicles on the dates and in the locations described below, the defendant provided

what purported to be a Virgina driver's license in the name of a woman referred to herein as

"CL," with the intent to commit and in connection with the offense of uttering a public record, in

violation of Section 18.2-168 of the Code of Virginia:

| Count | Date | Location | Vehicle |
|-------|------|----------|---------|
| 1 | June 25, 2014 | Fairfax County | 2013 Ferrari |
| 2 | September 20, 2014 | Fairfax County | 2014 Porsche |
| 3 | November 13, 2015 | Fairfax County | 2016 Ferrari |
| 4 | June 24, 2016 | Brunswick County | 2017 Porsche |

(In violation of Title 18, United States Code, Sections 1028(a)(7).)

## COUNT 5

### Possession of a Fraudulent Identity Document With Intent to Defraud the United States

On or about October 6, 2015, in Loudoun County, in the Eastern District of Virginia, the defendant, SAU HOONG LEE, also known as Siew Cheah, Karlyn Cheah, Teresa Li, Claudia Lee, Qin Pan, Sri Yulieantiningsih, Cindy Tran, and Cindy Lin, did knowingly and unlawfully possess an identification document (other than one issued lawfully for the use of the possessor) or a false identification document with the intent such document be used to defraud the United States. In specific, the defendant used the driver's license of a woman referred to herein as "CL" to pass through a security checkpoint operated by the Transportation Security Administration at Washington Dulles International Airport.

(In violation of Title 18, United States Code, Section 1028(a)(4).)

3

COUNT 6

Aggravated Identity Theft

On or about October 6, 2015, in Loudoun County, in the Eastern District of Virginia, the

defendant, SAU HOONG LEE, also known as Siew Cheah, Karlyn Cheah, Teresa Li, Claudia

Lee, Qin Pan, Sri Yulieantiningsih, Cindy Tran, and Cindy Lin, during and in relation to felony

violations enumerated in 18 U.S.C. § 1028A(c), did knowingly and without lawful authority

possess and use a means of identification of another person.  In specific, the defendant used the

driver's license of a woman referred to herein as "CL" to (a) pass through a security checkpoint

operated by the Transportation Security Administration, and thereby defraud the United States of

America, in violation of 18 U.S.C. § 1028(a)(4); and (b) engage in a scheme to defraud United

Airlines of its right to limit carriage on its airplane to passengers traveling under their actual

identities,  in violation of of 18 U.S.C. § 1343.


(In violation of Title 18, United States Code, Sections 1028A(a)(1).)


A TRUE BILL

Pursuant to the E-Government Act,
the original of this page has been filed
under seal in the Clerk's Office.

FOREPERSON


G. Zachary Terwilliger
United States Attorney

Gordon D. Kromberg
Assistant United States Attorney


Joseph Attias
Special Assistant United States Attorney

4

AO 245B (Rev. 09/11)(VAED rev. 2) Sheet 1 - Judgment in a Criminal Case

# UNITED STATES DISTRICT COURT
## Eastern District of Virginia
### Alexandria Division

UNITED STATES OF AMERICA

v.

Case Number: 1:19-cr-00062-TSE-1

SAU HOONG LEE
a/k/a Siew Cheah
a/k/a Karlyn Cheah
a/k/a Teresa Li
a/k/a Claudia Lee
a/k/a Qin Pan
a/k/a Sri Yulieantiningsih
a/k/a Cindy Lin
a/k/a Cindy Tran

USM Number: 78002-112
Defendant's Attorney: Billy Hicks, Esquire

Defendant.

## JUDGMENT IN A CRIMINAL CASE

The defendant pleaded guilty to Count 5 and Count 6 of the Superseding Indictment.

Accordingly, the defendant is adjudicated guilty of the following counts involving the indicated offenses.

| Title and Section | Nature of Offense | Offense Class | Offense Ended | Count |
|---|---|---|---|---|
| 18 U.S.C. § 1028(a)(4) | Possession of a Fraudulent Identity Document With Intent to Defraud the United States | Felony | 10/06/2015 | 5 |
| 18 U.S.C § 1028A(a)(1) | Aggravated Identity Theft | Felony | 10/06/2015 | 6 |

On motion of the United States, the Court has dismissed the remaining counts in the superseding indictment (Count 1, 2, 3, and 4) as to defendant SAU HOONG LEE.

As pronounced on October 4th, 2019, the defendant is sentenced as provided in pages 2 through 6 of this Judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

It is ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States Attorney of material changes in economic circumstances.

Signed this 4th day of October, 2019.

/s/

T. S. Ellis, III
United States District Judge

AO 245B (Rev. 09/11)(VAED rev. 2) Judgment in a Criminal Case
      Sheet 2 - Imprisonment

Page 2 of 6

| | |
|---|---|
| **Defendant's Name:** | **LEE, SAU HOONG** |
| **Case Number:** | **1:19-cr-00062-TSE-1** |

# IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of FIFTY-ONE (51) MONTHS.

This term of imprisonment consist of terms of TWENTY-SEVEN (27) MONTHS on Count 5 and TWENTY-FOUR (24) MONTHS on Count 6 to run consecutively to each other.

The Court makes the following recommendations to the Bureau of Prisons:

The Court recommends that the defendant be designated to a facility in California to be close to her daughter.

The defendant is remanded to the custody of the United States Marshal.

# RETURN

I have executed this judgment as follows: _____

_____

Defendant delivered on _____ to_____

at_____, with a certified copy of this Judgment.

 

_____

UNITED STATES MARSHAL

By      _____

DEPUTY UNITED STATES MARSHAL

AO 245B (Rev. 09/11)(VAED rev. 2) Judgment in a Criminal Case
Sheet 3 – Supervised Release

Page 3 of 6

| | |
|---|---|
| Defendant's Name: | LEE, SAU HOONG |
| Case Number: | 1:19-cr-00062-TSE-1 |

# SUPERVISED RELEASE

Upon release from imprisonment, the defendant shall be on supervised release for a term of THREE (3) YEARS.

This term consists of terms of THREE (3) years on Count 5 and ONE (1) year on Count 6 to run concurrently with each other.

The Probation Office shall provide the defendant with a copy of the standard conditions and any special conditions of Supervised Release.

The defendant shall report to the probation office in the district to which the defendant is released within 72 hours of release from the custody of the Bureau of Prisons.

The defendant shall not commit another federal, state or local crime.

The defendant shall not unlawfully possess a controlled substance. The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release from imprisonment and periodic drug tests thereafter, as determined by the court.

The defendant shall not possess a firearm, ammunition, destructive device, or any other dangerous weapon.

If this judgment imposes a fine or restitution obligation, it is a condition of Supervised Release that the defendant pay any such fine or restitution in accordance with the Schedule of Payments set forth in the Criminal Monetary Penalties sheet of this judgment.

# STANDARD CONDITIONS OF SUPERVISED RELEASE

The defendant shall comply with the standard conditions that have been adopted by this court set forth below:
1) the defendant shall not leave the judicial district without the permission of the court or probation officer;
2) the defendant shall report to the probation officer and shall submit a truthful and complete written report within the first five days of each month;
3) the defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer;
4) the defendant shall support his or her dependents and meet other family responsibilities;
5) the defendant shall work regularly at a lawful occupation, unless excused by the probation officer for schooling, training, or other acceptable reasons;
6) the defendant shall notify the probation officer at least ten days prior to any change in residence or employment;
7) the defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any narcotic or other controlled substance or any paraphernalia related to such substances, except as prescribed by a physician;
8) the defendant shall not frequent places where controlled substances are illegally sold, used, distributed, or administered;
9) the defendant shall not associate with any persons engaged in criminal activity and shall not associate with any person convicted of a felony, unless granted permission to do so by the probation officer;
10) the defendant shall permit a probation officer to visit him or her at any time at home or elsewhere and shall permit confiscation of any contraband observed in plain view of the probation officer;
11) the defendant shall notify the probation officer within seventy-two hours of being arrested or questioned by a law enforcement officer;
12) the defendant shall not enter into any agreement to act as an informer for a special agent of a law enforcement agency without the permission of the court;
13) as directed by the probation officer, the defendant shall notify third parties of risks that may be occasioned by the defendant's criminal record or personal history or characteristics and shall permit the probation officer to make such notifications and to confirm the defendant's compliance with such notification requirement.

AO 245B (Rev. 09/11)(VAED rev. 2) Judgment in a Criminal Case
Sheet 3A – Supervised Release

Page 4 of 6

| Defendant's Name: | LEE, SAU HOONG |
|---|---|
| Case Number: | 1:19-cr-00062-TSE-1 |

# SPECIAL CONDITIONS OF SUPERVISION

While on Supervised Release pursuant to this Judgment, the defendant shall also comply with the following additional special conditions:

1) The defendant shall obtain legitimate identification documents.

2) The defendant shall provide the probation officer access to any requested financial information.

3) The defendant shall not portray that she owns or operates any businesses and shall not attempt to obtain money from investors for illegitimate purposes.

4) The defendant shall participate in a program approved by the United States Probation Office for mental health treatment. The cost of this program is to be waived.

5) As a condition of supervised release, upon completion of the defendant's term of imprisonment, the defendant is to be surrendered to a duly-authorized immigration official of the Department of Homeland Security United States Immigration and Customs Enforcement for a deportation review in accordance with established procedures provided by the Immigration and Naturalization Act, 8 U.S.C., § 1101 Et Seq. As a further condition of supervised release, if ordered deported, the defendant shall remain outside the United States.

6) The defendant shall pay a **$50,000** fine, due and payable immediately.

| Defendant's Name: | LEE, SAU HOONG |
| Case Number: | 1:19-cr-00062-TSE-1 |

# CRIMINAL MONETARY PENALTIES

The defendant must pay the total criminal monetary penalties under the Schedule of Payments on Sheet 6.

| | Count | Assessment | Fine | Restitution |
|---|---|---|---|---|
| | 5 | $100.00 | $50,000.00 | $0.00 |
| | 6 | $100.00 | $0.00 | $0.00 |
| **TOTALS:** | | **$200.00** | **$50,000.00** | **$0.00** |

## FINES

The defendant shall pay a fine of $50,000 as to Count 5 and 6 of the Superseding Indictment.

## RESTITUTION

No restitution has been imposed in this case.

AO 245B (Rev. 09/11) (VAED rev. 2) Judgment in a Criminal Case
     Sheet 6 – Schedule of Payments

Page 6 of 6

| | |
|---|---|
| **Defendant's Name:** | **LEE, SAU HOONG** |
| **Case Number:** | **1:19-cr-00062-TSE-1** |

# SCHEDULE OF PAYMENTS

Having assessed the defendant's ability to pay, payment of the total criminal monetary penalties are due as follows:

The special assessment and $50,000 shall be due in full immediately.

Unless the court has expressly ordered otherwise, if this judgment imposes imprisonment, payment of criminal monetary penalties is due during imprisonment. All criminal monetary penalties, except those payments made through the Federal Bureau of Prisons' Inmate Financial Responsibility Program, are made to the Clerk of the Court.

The defendant shall receive credit for all payments previously made toward any criminal monetary penalties imposed. Payments shall be applied in the following order: (1) assessment (2) restitution principal (3) restitution interest (4) fine principal (5) fine interest (6) community restitution (7) penalties and (8) costs, including cost of prosecution and court costs.

Nothing in the court's order shall prohibit the collection of any judgment, fine, or special assessment by the United States.

AO 245B (Rev. 09/11)(VAED rev. 2) Judgment in a Criminal Case
Statement of Reasons – Page 1

| | |
|---|---|
| **Defendant's Name:** | **LEE, SAU HOONG** |
| **Case Number:** | **1:19-cr-00062-TSE-1** |

# STATEMENT OF REASONS[1]

## I COURT FINDINGS ON PRESENTENCE INVESTIGATION REPORT

A. ☐ The court adopts the presentence investigation report without change.

B. ☒ The court adopts the presentence investigation report with the following changes.
(Check all that apply and specify court determination, findings, or comments, referencing paragraph numbers in the presentence report, if applicable.)
(Use page 4 if necessary.)

The presentence investigation report incorrectly identified defendant's age as 66. At the sentencing hearing, defendant stated that she is 59. The Court adopts the presentence investigation report with that change.

1. ☐ Chapter Two of the U.S.S.G. Manual determinations by court (including changes to base offense level or specific offense characteristics):

2. ☐ Chapter Three of the U.S.S.G. Manual adjustment determinations by court (including changes to victim-related adjustments, role in the offense, obstruction of justice, multiple counts, or acceptance of responsibility):

3. ☐ Chapter Four of the U.S.S.G. Manual determinations by court (including changes to criminal history category or scores, career offender, or criminal livelihood determinations):

4. ☐ Additional Comments or Findings (including comments or factual findings concerning certain information in the presentence report that the Federal Bureau of Prisons may rely on when it makes inmate classification, designation, or programming decisions. Specify court comments or findings, including paragraphs in the presentence report.)

C. ☐ The record establishes no need for a presentence investigation report pursuant to Fed.R.Crim.P.32.

## II COURT FINDING ON MANDATORY MINIMUM SENTENCE (Check all that apply.)

A. ☐ No count of conviction carries a mandatory minimum sentence.

B. ☒ Mandatory minimum sentence imposed.

C. ☐ One or more counts of conviction alleged in the indictment carry a mandatory minimum term of imprisonment, but the sentence imposed is below a mandatory minimum term because the court has determined that the mandatory minimum does not apply based on

☐ findings of fact in this case

☐ substantial assistance (18 U.S.C. § 3553(e))

☐ the statutory safety valve (18 U.S.C. § 3553(f))

## III COURT DETERMINATION OF ADVISORY GUIDELINE RANGE (BEFORE DEPARTURES):

| | |
|---|---|
| Total Offense Level: | <u>12</u> |
| Criminal History: | <u>IV</u> |
| Imprisonment Range: | <u>21</u> to <u>27</u> months: Count 5 |
| | <u>Mandatory 2</u> years, consecutive to all other counts: Count 6 |
| Probation: | <u>Not applicable</u>: Count 5 |
| | <u>0</u> to <u>3</u> years: Count 6 |
| Supervised Release: | <u>1</u> to <u>3</u> years: Count 5 |
| | <u>1</u> year: Count 6 |
| Fine Range | $<u>15,000</u> to $<u>150,000</u>: Count 5 |
| | $<u>15,000</u> to $<u>150,000</u> Count 6 |

☐ Fine waived or below the guideline range because of inability to pay.

AO 245B (Rev. 09/11)(VAED rev. 2) Judgment in a Criminal Case
Statement of Reasons – Page 2

| Defendant's Name: | LEE, SAU HOONG |
|---|---|
| Case Number: | 1:19-cr-00062-TSE-1 |

# STATEMENT OF REASONS

**IV    ADVISORY GUIDELINE SENTENCING DETERMINATION (Check only one.)**

A. ☒ The sentence is within an advisory guideline range that is not greater than 24 months, and the court finds no reason to depart.

B. ☐ The sentence is within an advisory guideline range that is greater than 24 months, and the specific sentence is imposed for these reasons.
(Use page 4 if necessary.)

C. ☐ The court departs from the advisory guideline range for reasons authorized by the sentencing guidelines manual. (Also complete Section V.)

D. ☐ The court imposed a sentence outside the advisory sentencing guideline system. (Also complete Section VI.)

**V    DEPARTURES AUTHORIZED BY THE ADVISORY SENTENCING GUIDELINES (If applicable.)**

A. **The sentence imposed departs (Check only one.):**

☐ below the advisory guideline range

☐ above the advisory guideline range

B. **Departure based on (Check all that apply.):**

1 **Plea Agreement (Check all that apply and check reason(s) below.):**

☐ 5K1.1 plea agreement based on the defendant's substantial assistance

☐ 5K3.1 plea agreement based on Early Disposition or "Fast-track" Program

☐ binding plea agreement for departure accepted by the court

☐ plea agreement for departure, which the court finds to be reasonable

☐ plea agreement that states that the government will not oppose a defense departure motion

2 **Motion Not Addressed in a Plea Agreement (Check all that apply and check reason(s) below.):**

☐ 5K1.1 government motion based on the defendant's substantial assistance

☐ 5K3.1 government motion based on Early Disposition or "Fast-track" Program

☐ government motion for departure

☐ defense motion for departure to which the government did not object

☐ defense motion for departure to which the government objected

3 **Other**

☐ Other than a plea agreement or motion by the parties for departure (Check reason(s) below.):

C. **Reason(s) for Departure (Check all that apply other than 5K1.1 or 5K3.1)**

| | | |
|---|---|---|
| ☐ 4A1.3 Criminal History In Adequacy | ☐ 5K2.1 Death | ☐ 5K2.11 Lesser Harm |
| ☐ 5H1.1 Age | ☐ 5K2.2 Physical Injury | ☐ 5K2.12 Coercion and Duress |
| ☐ 5H1.2 Education and Vocational Skills | ☐ 5K2.3 Extreme Psychological Injury | ☐ 5K2.13 Diminished Capacity |
| ☐ 5H1.3 Mental and Emotional Condition | ☐ 5K2.4 Abduction or Unlawful Restraint | ☐ 5K2.14 Public Welfare |
| ☐ 5H1.4 Physical Condition | ☐ 5K2.5 Property Damage or Loss | ☐ 5K2.16 Voluntary Disclosure of Offense |
| ☐ 5H1.5 Employment Record | ☐ 5K2.6 Weapon or Dangerous Weapon | ☐ 5K2.17 High-Capacity Semiautomatic Weapon |
| ☐ 5H1.6 Family Ties and Responsibilities | ☐ 5K2.7 Disruption of Government Function | ☐ 5K2.18 Violent Street Gang |
| ☐ 5H1.11 Military Record, Charitable Services, Good Works | ☐ 5K2.8 Extreme Conduct | ☐ 5K2.20 Aberrant Behavior |
| | ☐ 5K2.9 Criminal Purpose | ☐ 5K2.21 Dismissed and Uncharged Conduct |
| ☐ 5K2.0 Aggravating or Mitigating Circumstances | ☐ 5K2.10 Victim's Conduct | ☐ 5K2.22 Age or Health of Sex Offenders |
| | | ☐ 5K3.1 Early Disposition, "fast-track" Program |
| | | ☐ 5K2.23 Discharged Terms of Imprisonment |
| | | ☐ Other guideline basis (e.g., 2B1.1 commentary) |

D. **Explain the facts justifying the departure. (Use page 4 if necessary.)**

AO 245B (Rev. 09/11)(VAED rev. 2) Judgment in a Criminal Case
Statement of Reasons – Page 3

| | |
|---|---|
| Defendant's Name: | **LEE, SAU HOONG** |
| Case Number: | **1:19-cr-00062-TSE-1** |

# STATEMENT OF REASONS

## VI   COURT DETERMINATION FOR SENTENCE OUTSIDE THE ADVISORY GUIDELINE SYSTEM
**(Check all that apply.)**

**A.**   **The sentence imposed is (Check only one.):**
☐ below the advisory guideline range
☐ above the advisory guideline range

**B.**   **Sentence imposed pursuant to (Check all that apply.):**

1   **Plea Agreement (Check all that apply and check reason(s) below.):**
☐ binding plea agreement for a sentence outside the advisory guideline system accepted by the court
☐ plea agreement for a sentence outside the advisory guideline system, which the court finds to be reasonable
☐ plea agreement that states that the government will not oppose a defense motion to the court to sentence outside the advisory guideline system

2   **Motion Not Addressed in a Plea Agreement (Check all that apply and check reason(s) below.):**
☐ government motion for a sentence outside of the advisory guideline system
☐ defense motion for a sentence outside of the advisory guideline system to which the government did not object.
☐ defense motion for a sentence outside of the advisory guideline system to which the government objected

3   **Other**
☐ Other than a plea agreement or motion by the parties for a sentence outside of the advisory guideline system (Check reason(s) below.):

**C.**   **Reason(s) for Sentence Outside the Advisory Guideline System (Check all that apply.)**

☐ the nature and circumstances of the offense and the history and characteristics of the defendant pursuant to 18 U.S.C. § 3553(a)(1)
☐ to reflect the seriousness of the offense, to promote respect for the law, and to provide just punishment for the offense (18 U.S.C § 3553(a)(2)(A))
☐ to afford adequate deterrence to criminal conduct  (18 U.S.C § 3553(a)(2)(B))
☐ to protect the public from further crimes of the defendant  (18 U.S.C § 3553(a)(2)(c))
☐ to provide the defendant with needed educational or vocational training, medical care, or other correctional treatment in the most effective manner (18 U.S.C § 3553(a)(2)(D))
☐ to avoid unwarranted sentencing disparities among defendants  (18 U.S.C § 3553(a)(6))
☐ to provide restitution to any victims of the offense  (18 U.S.C § 3553(a)(7))

**D.**   **Explain the facts justifying a sentence outside the advisory guideline system.  (Use page 4 if necessary.)**

AO 245B (Rev. 09/11)(VAED rev. 2) Judgment in a Criminal Case
Statement of Reasons – Page 4

| | |
|---|---|
| Defendant's Name: | **LEE, SAU HOONG** |
| Case Number: | **1:19-cr-00062-TSE-1** |

# STATEMENT OF REASONS

## VII   COURT DETERMINATIONS OF RESTITUTION

A.  ☒  Restitution not applicable.
B.  Total Amount of Restitution: $
C.  Restitution not ordered (Check only one.):

   1.  ☐  For offenses for which restitution is otherwise mandatory under 18 U.S.C. § 3663A, restitution is not ordered because the number of identifiable victims is so large as to make restitution impracticable under 18 U.S.C. § 3663A(c)(3)(A).

   2.  ☐  For offenses for which restitution is otherwise mandatory under 18 U.S.C. § 3663A, restitution is not ordered because determining complex issues of fact and relating them to the cause or amount of the victims' losses would complicate or prolong the sentencing process to a degree that the need to provide restitution to any victim would be outweighed by the burden on the sentencing process under 18 U.S.C. § 3663A(c)(3)(B).

   3.  ☐  For other offenses for which restitution is authorized under 18 U.S.C. § 3663 and/or required by the sentencing guidelines, restitution is not ordered because the complication and prolongation of the sentencing process resulting from the fashioning of a restitution order outweigh the need to provide restitution to any victims under 18 U.S.C. § 3663(a)(1)(B)(ii).

   4.  ☐  Restitution is not ordered for other reasons:
D.  ☐  Partial restitution is ordered under 18 U.S.C. § 3553(c) for these reasons:

## VIII   ADDITIONAL FACTS JUSTIFYING THE SENTENCE IN THIS CASE (If applicable.)

Sections I, II, III, IV, and VII of the Statement of Reasons form must be completed in all felony cases.
Date of Imposition of Judgment: October 4, 2019

| | | | |
|---|---|---|---|
| **Prob 22 (VAE Rev. 4/13)** | **TRANSFER OF JURISDICTION** | **FILED**<br>CLERK, U.S. DISTRICT COURT<br><br>**3/31/2023**<br><br>CENTRAL DISTRICT OF CALIFORNIA<br>BY: CD DEPUTY | **DOCKET NUMBER** *(Tran. Court)*<br>1:19CR00062<br><br>**DOCKET NUMBER** *(Rec. Court)*<br>2:23-cr-00154-ODW |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE:<br><br>Sau Hoong Lee | DISTRICT<br><br>**EASTERN DISTRICT OF VIRGINIA** | DIVISION<br><br>Alexandria |
|---|---|---|
| | NAME OF SENTENCING JUDGE<br><br>The Honorable T. S. Ellis, III | |
| | DATES OF PROBATION/SUPERVISED RELEASE: | FROM<br>12/7/22     TO<br>12/6/25 |

OFFENSE:

Possession of a Fraudulent Identity Document with Intent to Defraud the United States; Aggravated Identity Theft

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE <u>EASTERN DISTRICT OF VIRGINIA</u>

    IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the CENTRAL DISTRICT OF CALIFORNIA upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

_____3/28/73_____          _____
       Date                                   *Senior United States District Judge*

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE <u>CENTRAL DISTRICT OF CALIFORNIA</u>

    IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

_____March 31, 2023_____       _____
    *Effective Date*                                 *United States District Judge*